IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATHAN O'GRADY and CODEY O'GRADY, Husband and Wife, Individually and Next Friend of B.T.O., A Minor,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN T. SYMONDS, D.O.,<br><br>　　　　Defendant. | 4:08CV3196<br><br>ORDER |

IT IS ORDERED:

Defendant's motion to answer out of time, filing no. 11, is granted and the answer deadline is extended to October 31, 2008.

DATED this 16th day of October, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge