IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2009 AUG -3 AM 11: 02

OFFICE OF THE CLERK

| | |
|---|---|
| NATHAN O'GRADY and CODEY O'GRADY, husband and wife, individually and next friend of B.T.O., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN T. SYMONDS, D.O.,<br><br>Defendant. | CASE NO.: 4:08-CV-03196<br><br><br><br><br><br>ORDER SEALING DEFENDANT'S INDEX OF EVIDENCE WITH ATTACHMENTS |

THIS MATTER comes before the court on defendant's Motion to Seal Document Pursuant to E-Government Act of 2002. The Court being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that defendant's Index of Evidence in Support of Motion for Approval of Settlement, with attachments, (Filing #29) should be and hereby is sealed.

DATED this _3rd_ day of _August_ 2009.

BY THE COURT:

_____
HON. WARREN K. URBOM

PREPARED & SUBMITTED BY:

William R. Settles, #19879
LAMSON, DUGAN and MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
Telephone: (402) 397-7300
Telefax: (402) 397-7824
wrs@ldmlaw.com
*ATTORNEYS FOR DEFENDANT*