

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATHAN O'GRADY and CODEY O'GRADY, husband and wife, individually and next friend of B.T.O., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN T. SYMONDS, D.O.,<br><br>Defendant. | CASE NO.: 4:08-CV-03196<br><br><br><br><br><br>ORDER APPROVING SETTLEMENT |

THIS MATTER comes before the court on the parties' request for an order authorizing settlement pursuant to Neb. Rev. Stat. § 44-2832(b). Having reviewed the terms of settlement in the attachments to defendant's sealed Index of Evidence (Filing #29), the court finds that the settlement should be, and hereby is, approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. The parties' proposed settlement agreement is approved.

2. The Excess Liability Fund is authorized to disburse funds pursuant to Neb. Rev. Stat. § 44-2832.

DATED this _3rd_ day of _August_ 2009.

BY THE COURT:

_____
HON. WARREN K. URBOM

PREPARED & SUBMITTED BY:

William R. Settles, #19879
LAMSON, DUGAN and MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
Telephone: (402) 397-7300
Telefax: (402) 397-7824
wrs@ldmlaw.com
*ATTORNEYS FOR DEFENDANT*