IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATHAN O'GRADY, Husband and Wife, Individually and Next Friend of B.T.O, A Minor, and CODEY O'GRADY, Husband and Wife, Individually and Next Friend of B.T.O., A Minor, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:08CV3196 |
| v. | ) ) | |
| JOHN T. SYMONDS, D.O., | ) ) | JUDGMENT |
| Defendant. | ) ) | |

Inasmuch as the settlement in this case resolves the case on all claims,

IT IS ORDERED that the action is dismissed with prejudice.

Dated August 5, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge